

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-19-00642-CV & 04-19-00795 CV

David **RODRIGUEZ,**
Appellant

v.

Richard R. **STORM** Jr.; H-E-B, LP, Law office of Shelton & Valadez; Mark A. Giltner; William Tate; and Stephen Martinez,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590, 2019CI16263
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The causes underlying appeals numbered 04-19-00642-CV and 04-19-00795-CV both stem from a purported injury Appellant's wife sustained while employed with H-E-B. Appellees H-E-B, LP, Shelton & Valadez, P.C., Mark A. Giltner, William Tate, and Stephen Martinez filed an Advisory to the Court Regarding Related Appeals. The advisory suggests that the two appeals should be consolidated.

The Appellant's and Appellees' briefs have been filed in both appeals.

Having considered the suggestion, we conclude that the appeals should be consolidated for all remaining briefs and any oral argument.

Because appeal number 04-19-00795-CV is an accelerated appeal, we will also apply the accelerated appeal timetable and procedures to appeal number 04-19-00642-CV.

The parties shall file all motions, any remaining briefs, and other documents as if the two appeals were one case, but the parties shall include both appeal numbers with the styles of the cases. *See* TEX. R. APP. P. 9.3(a). The records for the two appeals shall remain separate.

If the appeals are submitted on oral argument, both appeals shall be argued together as a single appeal; the court will decide the total time limit for each side. *See id.* R. 39.3. The court will dispose of the two appeals with one judgment, opinion, and mandate.

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court